FOURTH DEPARTMENT, MAY, 1971

(May 13, 1971)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON S. FINKELSTEIN, Appellant.—

Present — Del Vecchio, J. P., Witmer, Gabrielli, Cardamone and Henry, JJ.